UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:15-CV-439

| | |
|---|---|
| LEGALZOOM.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> NORTH CAROLINA STATE BAR; RONALD L. GIBSON, in his official capacity only; JOSHUA T. WALTHALL in his official and individual capacities; FERN GUNN SIMEON in her official and individual capacities; and JOHN N. FOUNTAIN, in his official and individual capacities, <br><br> Defendants. | **AFFIDAVIT OF SERVICE OF PROCESS** |

This is to certify that the parties have stipulated that service of process is deemed to have been proper upon Defendants North Carolina State Bar, Ronald L. Gibson, Joshua T. Walthall, Fern Gunn Simeon, and John N. Fountain, pursuant to Rules 3 and 4 of the Federal Rules of Civil Procedure. Regardless of any actual service dates upon the various defendants, service of process is deemed to have occurred on June 30, 2015, as to all Defendants. Accordingly, it is stipulated that the 21-day period provided in Rule 12 to answer or otherwise respond commences for all Defendants on June 30, 2015 and, absent extension or other modification, continues through July 21, 2015. It is further stipulated that the undersigned Counsel for Defendants has the requisite ability and authority to

1

accept service on behalf of the Defendants, and each Defendant waives any further requirement for service of process or challenge to service of process in this proceeding. Any and all remaining defenses are preserved in this action for further pleading and adjudication as may be deemed appropriate.

COUNSEL FOR DEFENDANTS:

/s/ Allison Mullins                                6/30/2015
Alan W. Duncan                                     Date
N.C. State Bar No. 8736
Allison VanLaningham Mullins
N.C. State Bar No. 23430
Stephen M. Russell, Jr.
N.C. State Bar No. 35552

Van Laningham Duncan PLLC
Turning Point Litigation
300 N. Greene St. Ste 850
Greensboro, NC 27401
Telephone: (336) 645-3320
Facsimile: (336) 645-3330

Respectfully submitted this the 30th day of June, 2015.

COUNSEL FOR LEGALZOOM.COM,INC:

/s/ Marguerite S. Willis

**NEXSEN PRUET, PLLC**

Marguerite S. Willis
N.C. State Bar No. 8045
Post Office Drawer 2426
Columbia, South Carolina 29202

2

Telephone: (803) 771-8900
Facsimile: (803) 253-8277
Email: MWillis@nexsenpruet.com

R. Daniel Boyce
N.C. State Bar No. 12329
4141 Parklake Avenue, Suite 200
Raleigh, North Carolina 27612
Telephone: 919-755-1800
Facsimile: 919-653-0435
Email: DBoyce@nexsenpruet.com

Thomas J. Ludlam
N.C. State Bar No. 43431
4141 Parklake Avenue, Suite 200
Raleigh, North Carolina 27612
Telephone: 919-755-1800
Facsimile: 919-653-0435
Email: TLudlam@nexsenpruet.com

**GRAVES DOUGHERTY HEARON & MOODY, P.C.**

Peter D. Kennedy
Texas Bar Card No. 11296650
401 Congress Avenue, Suite 2200
Austin, Texas 78701f
(512) 480-5764
E-mail: PKennedy@gdhm.com
*Specially appearing pursuant to LR 83.1(d)*

3

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Acceptance of Service of Process* was filed with the clerk of court for the Middle District of North Carolina using the electronic filing system of the court, and sent via United States mail to.

    Allison VanLaningham Mullins
    300 N. Greene Street, Suite 850
    Greensboro, North Carolina
    Telephone: 336/645-3320
    Facsimile: 336/645-3330
    *Attorney for Defendants*

    /s/ Thomas J. Ludlam
    Thomas J. Ludlam
    N.C. State Bar No. 43431
    4141 Parklake Avenue, Suite 200
    Raleigh, North Carolina 27612
    Telephone: 919-755-1800
    Facsimile: 919-653-0435
    Email: TLudlam@nexsenpruet.com